UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDUL J. BABA,

     Plaintiff,

                              File no: 4:06-CV-39

v.

                              HON. ROBERT HOLMES BELL

RICHARD MILLS, et al.,

     Defendants.

_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that:

Defendant Bill Murley's motion to dismiss (docket #10) is hereby **GRANTED** and the complaint against him is dismissed with prejudice.

**IT IS FURTHER ORDERED** that the complaint as to defendants Richard Mills and Deanna Ward is dismissed without prejudice pursuant to FED.R.CIV.P. 4(M).

Date:   November 30, 2006      /s/ Robert Holmes Bell
                                       ROBERT HOLMES BELL
                                       CHIEF UNITED STATES DISTRICT JUDGE